

PLAINTIFF'S EXHIBIT 1



O'Hara Corporation
120 Tillson Avenue, Ste. 1, Rockland, ME 04841
ph: 207-594-4441 • fax: 207-594-0407
oharacorporation.com | info@oharacorporation.com

Promissory Note

Borrower:   Paul Wagner, paulwagner@shaw.ca

Lender:     O'Hara Corporation, 120 Tillson Avenue, Ste. 1, Rockland, ME 04841

Principal Amount: $33,825.12 ~~USD~~ CDN

For value received, the Borrower promises to pay to the Lender at such address as may be provided to the borrower, the principal sum of $33,825.12, without interest payable on the unpaid principal.

This note will be repaid in full on or before August 15, 2016.

At any time while not in default under this Note, the Borrower may pay the outstanding balance then owing under this Note to the Lender with further bonus or penalty.

All legal costs, expenses and expenditure including, and without limitation, the complete legal costs incurred by the Lender in enforcing this Note as a result of any default by the Borrower, will be added to the principal then outstanding and will immediately be paid by the Borrower.

This Note will be construed in accordance with and governed by the laws of the State of Maine.

IN WITNESS WHEREOF the parties have duly affixed their signatures under seal on this 16th day of June 2016.

Signed, Sealed and Delivered
this 16th day of June 2016

_____
Paul Wagner

O'Hara Corporation
by: _____
Francis J. O'Hara Jr.

F/T Araho ★ F/T Constellation ★ F/T Defender ★ F/T Enterprise ★ F/V Sunlight

O'Hara Marketing Division | 192 Nickerson Street, Ste. 301, Seattle, WA 98109 • ph: 206-282-6110 • fax: 206-281-9040
O'Hara Seattle Operations Division | 4315 11th Avenue N.W., Seattle, WA 98107 • ph: 206-706-4166 • fax: 206-706-4165